NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7058

PEDRO P. DEL ROSARIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1596, Judge Alan G. Lance, Sr.

ON MOTION

O R D E R

Pedro P. Del Rosario moves for leave to file a corrected reply brief. The Secretary of Veterans Affairs has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark R. Lippman, Esq.
Martin F. Hockey, Jr., Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK